PROB 12B
ED/AR (12/2012)

# United States District Court

### for the

### Eastern District of Arkansas



**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing Is Attached)*

Name of Offender:  Anthony Bean

Case Number:  4:06CR00392-01 JLH
4:06CR00407-02 JLH

Name of Sentencing Judicial Officer:  Honorable J. Leon Holmes
United States District Judge

Original Offense:  Armed Bank Robbery

Date of Sentence:  August 8, 2007

Original Sentence:  108 months Bureau of Prisons in both cases to run concurrently, 36 months supervised release to run concurrently in both cases, drug testing and treatment, abstain from the use of alcohol throughout the course of treatment, financial disclosure, now new lines of credit, employment restrictions, $200 special penalty assessment, $2,393 restitution in case number 4:06CR00407-02, $6,752 restitution in case number 4:06CR00392-01, and DNA collection

Modification:  February 28, 2014:  Mental health treatment

| Type of Supervision: | Supervised Release | Date Supervision Commenced: May 3, 2012 Date Supervision Expires:  May 2, 2015 |
|---|---|---|

| U.S. Probation Officer:  Daniel M. Cole | Asst. U.S. Attorney:  Linda Lipe | Defense Attorney:  Chris Tarver |
|---|---|---|

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

Anthony Bean will reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, until his supervised release expires on May 2, 2015, and abide by all the rules and regulations of the facility.

## CAUSE

The defendant has struggled to obtain gainful employment throughout the term of his supervised release. He has participated in substance abuse and mental health treatment as directed by the probation office to address identified barriers to employment.  The defendant has not been able to make consistent restitution payments due to his unemployment and he has reported exhausting employment opportunities in the area in which he resides.

Prob 12B                                   -2-                        Request for Modifying the
                                                                   Conditions or Terms of Supervision
                                                                       with Consent of the Offender

Name of Offender: Anthony Bean                          Case Number:  4:06CR00392-01 JLH

The defendant has spoken with Assistant Federal Public Defender Chris Tarver, waived his right to a hearing, and has agreed to the modification listed above to assist him in obtaining employment and making restitution payments.

By copy of this request, the Financial Litigation Unit is being notified that the defendant's supervision will be expiring on May 2, 2015, and his current restitution balance is $4,978.53. The defendant is currently residing at 116 Jeffrey in Forrest City, Arkansas, and can be reached at (901) 208-4277 or (901) 275-1051.


Daniel M. Cole                                          Linda Lipe
U.S. Probation Officer                                  Assistant U.S. Attorney

Date: October 16, 2014                                  Date:  10/17/14


Approved:


Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.


THE COURT ORDERS:

☐  No Action
☐  The Extension of Supervision as Noted Above
☑  The Modification of Conditions as Noted Above
☐  Other

                                                        Signature of Judicial Officer

                                                        October 22, 2014
                                                        Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Prob 12B                                     -3-                          Request for Modifying the
                                                                    Conditions or Terms of Supervision
                                                                       with Consent of the Offender

Name of Offender:  Anthony Bean                            Case Number:  4:06CR00392-01 JLH

c:  Assistant Federal Public Defender, Chris Tarver, 1401 West Capitol Avenue, Suite 490, Little Rock, AR
    72201
    Assistant U.S. Attorney, Linda Lipe, P.O. Box 1229, Little Rock, AR 72203
    FLU Paralegal, Linda Binz, P.O. Box 1229, Little Rock, AR 72203
    FLU Paralegal, Debbie Dukes, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Anthony Bean will reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, until his supervised release expires on May 2, 2015, and abide by all the rules and regulations of the facility.

Witness: _____    Signed: _____
         U.S. Probation Officer           Probationer or Supervised Releasee

                       10-3-14
                        DATE