## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:06CR00392-01 JLH<br>     NO. 4:06CR00407-02 JLH | |
| ANTHONY BEAN | DEFENDANT |

### ORDER

Pending before the Court is the government's Motion for Revocation of defendant Anthony Bean's Supervised Release, which was filed under seal. Document #29 in case number 4:06CR00392-01 JLH; and Document #114 in case number 4:06CR00407-02 JLH. The government requested that a warrant be issued for the defendant's arrest. The Court has determined that a summons will be appropriate for this hearing; therefore, the request for warrant is denied. The Clerk of Court is directed to unseal the motion to revoke in each case.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **THURSDAY, NOVEMBER 20, 2014, at 2:45 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the defendant's supervised release should not be revoked.

The Clerk of Court is directed to issue a summons for defendant **ANTHONY BEAN** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Kim Driggers is hereby appointed to represent Mr. Bean during revocation proceedings.

IT IS SO ORDERED this 4th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE